ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net
lrobinson@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHRYN KELLY individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOES I – X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01129-GMN-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

- 1 -

party's own costs and attorney's fees.

DATED this 29 day of April, 2021.

**GINA CORENA & ASSOCIATES**

GINA M. CORENA, ESQ.
Nevada Bar No. 10330
MAHNA POURSHABAN, ESQ.
Nevada Bar No. 13743
300 S. Fourth Street, Suite 1250
Las Vegas, NV 89101

*Attorneys for Plaintiff*
*Kathryn Kelly*

DATED this 11 day of May, 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 14411
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314

*Attorneys for Defendant*
*Walmart Inc.*

**IT IS SO ORDERED.**

Dated this 11 day of May, 2021

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Kathryn Kelly v. Walmart Inc.*
*Case No. 2:20-cv-01129-GMN-EJY*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this ____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**